UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENISE SURETTE,

          Plaintiff,

     v.

MONSANTO COMPANY, et al.,

          Defendants.

Case No.  25-cv-10484-AMO

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED**

Plaintiff Denise Surette originally commenced this action in Sacramento Superior Court. Dkt. No. 1.  Rather than removing the action to the United States District Court for the Eastern District of California, the judicial district where Sacramento lies, Defendant Monsanto Company removed the action to this Court. Dkt. No. 1.  Because the case was removed to this district instead of the Eastern District, the Clerk did not process the Notice of Removal and closed the file in this matter.  Defendant then filed an objection and request to transfer the case to the Eastern District.  Dkt. No. 4.  Having received no response from Plaintiff, the Court **ORDERS** Plaintiff to show cause why this action should not be transferred to the Eastern District of California.  Plaintiff shall file a written response of no more than 2 pages by no later than January 5, 2026.

    **IT IS SO ORDERED.**

Dated: December 26, 2025

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**